# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SMITHGROUP, INC., )<br>f/k/a SmithGroup JJR, Inc. )<br>    )<br>    Plaintiff/Counterclaim Defendant, )<br>    )<br>v. )<br>    )<br>SKANSKA USA BUILDING INC. )<br>    )<br>    Defendant/Counterclaim Plaintiff. ) | Civil Action No.: 8:20-cv-02499-TDC |

## AMENDED SCHEDULING ORDER

On November 25, 2020, the parties submitted a joint request for modification of the scheduling order. See ECF No. 21. On December 3, 2020, the parties appeared for the Rule 16 Case Management Conference. Upon consideration of the parties' joint request to modify the scheduling order as amplified by counsels' remarks on the record at the case management conference, the Court hereby AMENDS the Scheduling Order [ECF No. 19] as follows:

## DEADLINES

The following motions or reports must be filed, or actions taken, by the listed date:

| | |
|---|---|
| Plaintiff's[1] Rule 26(a)(2) Disclosures: | March 26, 2021 |
| Defendant's Rule 26(a)(2) Disclosures: | April 23, 2021 |
| Plaintiff's Rebuttal Expert Disclosures | May 7, 2021 |
| Rule 26(e)(2) supplementation | May 14, 2021 |
| Close of Discovery and Post-Discovery Joint Status Report | July 23, 2021 |

---

[1]   "Plaintiff" refers to the party with the burden of proof – SmithGroup on its primary claim for unpaid fees and Skanska on its counterclaim.

1

| | |
|---|---|
| Requests for Admission | July 30, 2021 |
| Notice of Intent to File a Pretrial Dispositive Motion | August 6, 2021 |

**DEPOSITION HOURS**

Each party shall be limited to forty (40) hours of depositions of fact witnesses, including parties.

In all other respects, the Scheduling Order [ECF No. 19] remains in full force and effect.

Date:   December 8, 2020

THEODORE D. CHUANG
United States District Judge

2