# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SMITHGROUP, INC., ) | | |
| f/k/a SmithGroup JJR, Inc. ) | | |
| ) | | |
|     Plaintiff/Counterclaim Defendant, ) | | |
| ) | | |
| v. ) | | Civil Action No.: 8:20-cv-02499-TDC |
| ) | | |
| SKANSKA USA BUILDING INC. ) | | |
| ) | | |
|     Defendant/Counterclaim Plaintiff. ) | | |

## ORDER

On August 6, 2021, the parties submitted a joint request to amend the scheduling order and for a status conference. *See* ECF No. 28. Upon consideration of the parties' joint request to amend the scheduling order, and for good cause shown, the Court hereby AMENDS the Second Amended Scheduling Order [ECF Nos. 24, 25] as follows:

## DEADLINES

| | |
|---|---|
| Close of Discovery and Post-Discovery Joint Status Report | October 29, 2021 |
| Requests for Admission | November 5, 2021 |
| Notice of Intent to File a Pretrial Dispositive Motion | November 12, 2021 |
| Rule 56 Motions for Summary Judgment and/or Motion to Exclude Experts | November 23, 2021 |
| Opposition Briefs | December 7, 2021 |
| Reply Briefs | December 14, 2021 |
| Pretrial Conference and/or Oral Argument on Dispositive Motions and/or Motions in Limine | To be determined by the Court |

Trial Date                                                                                   To be determined by the Court

In all other respects, the Scheduling Order [ECF No. 19], First Amended Scheduling Order [ECF No. 23], and Second Amended Scheduling Order [ECF Nos. 24, 25] remain in full force and effect.

Further, the Court directs counsel to contact chambers forthwith to arrange a suitable time for a status conference.

Date: _____                    _____
                                                 **THEODORE D. CHUANG**
                                                 Judge, United States District Court
                                                 for the District of Maryland