IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| SMITHGROUP, INC., <br> f/k/a SmithGroup JJR, Inc. <br><br> Plaintiff/Counterclaim Defendant <br><br> v. <br><br> SKANSKA USA BUILDING, INC. <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No.: 8:20-cv-02499-TDC |

## SMITHGROUP'S MOTION FOR SUMMARY JUDGMENT

Plaintiff/Counterclaim Defendant SmithGroup, Inc. ("SmithGroup"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 56 and the Amended Scheduling Order [ECF 33], hereby files its Motion for Summary Judgment.  Specifically, SmithGroup, as Counterclaim Defendant, moves for summary judgment on all four counts of Defendant/Counterclaim Plaintiff, Skanska USA Building, Inc. ("Skanska")'s counterclaim.  In support, SmithGroup submits its Memorandum of Law dated March 18, 2022 and accompanying exhibits, which are being filed contemporaneously with this motion.

WHEREFORE, SmithGroup, by counsel, respectfully requests that theCourt enter summary judgment in its favor and against Defendant Skanska on all counts of its Counterclaim and that SmithGroup be awarded its attorney's fees, costs, and such other and further relief as this Court deems just and proper.

Dated: March 18, 2022                               Respectfully submitted,

                                                    /s/ James W. Walker, Esq.
                                                    Leslie Paul Machado (Bar No. 14952)
                                                    Alison C. Duffy (Md. Bar No. 21002)
                                                    O'HAGAN MEYER, PLLC

2560 Huntington Avenue, Suite 204
Alexandria, Virginia 22303
(703) 775-8607 (phone)
(804) 403-7110 (facsimile)
lmachado@ohaganmeyer.com
aduffy@ohaganmeyer.com

Stephan F. Andrews (admitted *pro hac vice*)
James W. Walker (admitted *pro hac vice*)
O'HAGAN MEYER, PLLC
411 East Franklin Street, 5th Floor
Richmond, Virginia 23219
804.403.7100 (phone)
804.403.7110 (facsimile)
sandrews@ohaganmeyer.com
jwalker@ohaganmeyer.com
*Counsel for SmithGroup, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18 day of March, 2022, I served the foregoing via ECF and electronic mail to counsel for Skanska USA Building, Inc.

*/s/ James W. Walker, Esq.*
*Counsel for SmithGroup, Inc.*
